SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States           Plaintiff,

- against -                                    67 CR 1214 (RPP)

Yen Ching Peng          Defendant.

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

Upon the motion of PAUL F. CALLAN Esq. attorney for YEN Ching PENG
and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name: DAVID KATZ

Firm Name: KATZ & ASSOCIATES

Address: 433 N. Camden Drive, 600

City/State/Zip: Beverly Hills, CA 90210

Telephone/Fax: 818 281-8815

Email Address: KATZNASSOC@aol.com

is admitted to practice pro hac vice as counsel for YEN Ching Peng in the above captioned case in the United States District Court for the Southern District of New York UPON PAYMENT OF The required Fee. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: August 18, 2008
City, State: New York, New York

SDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/19/08

_____
United States District/~~Magistrate Judge~~

FOR OFFICE USE ONLY: FEE PAID $ _____ SDNY RECEIPT# _____
SDNY Form Web 10/2006

# United States District Court

Central District of California

**CERTIFICATE OF
GOOD STANDING**

I, SHERRI R. CARTER, Clerk of this Court, certify that

David A. Katz, Bar 112874

was duly admitted to practice in this Court on       March 15, 1984

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on ____August 15, 2008____
         *DATE*

SHERRI R. CARTER, CLERK

By _____
   Lupe Thr_____ Deputy Clerk

1200

G-52 (2/99)(Rev. AO 136)    CERTIFICATE OF GOOD STANDING - MEMBER OF BAR